IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| MAPLE CHASE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 CV 3641 |
| ) | |
| UNIVERSAL SECURITY INSTRUMENTS, ) | Honorable Judge Leinenweber |
| INC., USI ELECTRIC, INC., CEMCO, INC. ) | Magistrate Judge Valdez |
| and CALLAS/KINGSLEY ELECTRICAL ) | |
| SALES, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S LOCAL RULE 3.2**
**NOTICE OF AFFILIATES DISCLOSURE STATEMENT**

The undersigned, counsel of record for plaintiff, Maple Chase Company, furnishes the following list in compliance with Local Rule 3.2:

(a) Plaintiff, Maple Chase Company is the only party represented by the undersigned and listed counsel.

(b) Maple Chase Company is a Delaware corporation and is 100% owned subsidiary of Walter Kidde Portable Equipment, Inc., a Delaware corporation; Walter Kidde Portable Equipment, Inc. is a 100% owned subsidiary of Kidde Fire Protection Inc., a Delaware corporation; Kidde Fire Protection Inc. is a 100% subsidiary of Kidde US Holdings Inc., a Delaware corporation; Kidde US Holdings Inc. is a 100% subsidiary of KNA Inc., a Delaware corporation; KNA Inc. is a 100% subsidiary of Kidde America Inc., a Delaware corporation; Kidde America Inc. is a 100% subsidiary of United Technologies Corporation, a Delaware corporation; United Technologies Corporation is a publicly held.

Respectfully submitted,


By: /s/ Paul K. Vickrey
Timothy J. Haller (haller@nshn.com )
Paul K. Vickrey (vickrey@nshn.com)
Frederick C. Laney (laney@nshn.com)
Robert A. Conley (rconley@nshn.com)
Laura A. Kenneally (kenneally@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137

**Attorneys for Plaintiff,**
**Maple Chase Company**