IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| MAPLE CHASE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 CV 3641 |
| ) | |
| UNIVERSAL SECURITY INSTRUMENTS, ) | Honorable Judge Leinenweber |
| INC., USI ELECTRIC, INC., CEMCO, INC. ) | Magistrate Judge Valdez |
| and CALLAS/KINGSLEY ELECTRICAL ) | |
| SALES, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT**

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of plaintiff:

   Maple Chase Company
   191 E. North Avenue
   Carol Stream, Illinois 60188

2. Names and addresses of defendants:

   Universal Security Instruments, Inc.
   7-A Gwynns Mill Court
   Owings Mills, Maryland 21117

   USI Electric, Inc.
   7-A Gwynns Mill Court
   Owings Mills, Maryland 21117

   CEMCO, Inc.
   205 West Grand Avenue, Suite 124
   Bensenville, Illinois 60106

    Callas/Kinglsey Electrical Sales, Inc.
    845 Lively Boulevard
    Wood Dale, Illinois 60191

3.    Name of Inventors:

    William P. Tanguay
    James McCrink

4.    United States Patent Numbers Involved:

    RE33,920 F1
    U.S. Patent No. 4,792,797

    Respectfully submitted,

    By: /s/Paul K. Vickrey
    Timothy J. Haller (haller@nshn.com )
    Paul K. Vickrey (vickrey@nshn.com)
    Frederick C. Laney (laney@nshn.com)
    Robert A. Conley (rconley@nshn.com)
    Laura A. Kenneally (kenneally@nshn.com)
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison, Suite 4600
    Chicago, Illinois 60602-4515
    Phone: (312) 236-0733
    Facsimile: (312) 236-3137

    ***Attorneys for Plaintiff,***
    ***Maple Chase Company***