# Affidavit of Process Server

Maple Chase Company    vs   Universal Security Instrument et al

PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT    CASE # 08CV36

Being duly sworn, on my oath, I __Jan Crystal__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __USI Electric, Inc.__

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons + Complaint For Patent Infringement

by serving (NAME) __USI Electric, Inc.__

at ☐ Home_____

☒ Business __7-A Gwynns Mill Ct., Owings Mills MD 21117__

☒ on (DATE) __7/16/08__ at (TIME) __9:30pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)_____

from (CITY)_____ (STATE)_____

**Manner of Service:**

☐ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely __Harvey Grossblatt, President__

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely_____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other:_____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
       DATE TIME        DATE TIME

( )_____ , ( )_____ , ( )_____
DATE TIME      DATE TIME      DATE TIME

**Description:** ☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
   ☐ Yellow Skin   ☐ Blond Hair     ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☐ 131-160 Lbs.
   ☐ Brown Skin   ☒ Gray Hair   ☐ Mustache   ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:_____

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __14th__ day of __July__ , 20 __08__

NOTARY PUBLIC