IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAPLE CHASE COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNIVERSAL SECURITY )<br>INSTRUMENTS, INC., USI ELECTRIC, )<br>INC., CEMCO, INC. and CALLAS/ )<br>KINGSLEY ELECTRICAL SALES, INC. )<br>)<br>Defendants ) | CIVIL ACTION NO. 1:08-cv-03641<br><br>Honorable Leinenweber |

## DESIGNATION OF LOCAL COUNSEL

Pursuant to Local Rule 83.15, Universal Security Instruments, Inc., USI Electric, Inc., CEMCO, Inc., and Callas/Kingsley Electrical Sales, Inc., (collectively referred to as "Defendants" and/or "Counter-Plaintiffs"), through their attorneys, hereby designate Donald F. Engel, IL Bar #6192125 as resident local counsel in this matter.

        Respectfully submitted,

        UNIVERSAL SECURITY INSTRUMENTS, INC., ET AL.

    By:      /Corey D. Mack/
        Counsel for Defendant/Counter-Plaintiff
        Corey D. Mack #6271309
        Maurice U. Cahn, Esq.
        CAHN & SAMUELS, LLP
        1100 17TH Street, NW, Suite 401
        Washington, D.C. 20036
        (202) 331-8777

RESIDENT LOCAL COUNSEL :
DONALD F. ENGEL, ESQ.
#6192125
320 West Ohio Street, Ste. 501
Chicago, Illinois 60610
T: (312) 229-7900
F: (312) 229-7901